IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

WILLIAM COFER, JR.,          )
                                      )
      Plaintiff,          )
                                      )
     v.               )      CASE NO.  3:16-CV-586-WKW
                                      )          [WO]
RANDOLPH COUNTY SHERIFF'S    )
DEPARTMENT, *et al.*,         )
                                      )
      Defendants.      )

## ORDER

On July 26, 2016, the Magistrate Judge filed a Recommendation to which no timely objections have been filed.  (Doc. # 6.)  Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that

(1)    The Recommendation is ADOPTED; and

(2)    Plaintiff's claims against the Randolph County Sheriff's Department are DISMISSED with prejudice prior to service of process pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

This action is REFERRED back to the Magistrate Judge for further proceedings.

DONE this 18th day of August, 2016.

                    /s/ W. Keith Watkins
               CHIEF UNITED STATES DISTRICT JUDGE