IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM COFER, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACT. NO. 3:16-cv-586-ECM |
| | ) | (WO) |
| ROBERT MOON, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM OPINION and ORDER**

On June 24, 2019, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. 53). After an independent review of the record, and upon consideration of the Recommendation of the Magistrate Judge, and for good cause, it is

ORDERED that:

1. The United States Magistrate Judge's Recommendation (doc. 53) is ADOPTED.

2. The Defendants' motion to dismiss (doc. 23) is GRANTED to the extent that the Defendants seek dismissal of this case due to the Plaintiff's failure to properly exhaust an administrative remedy available to him at the Randolph County Detention Facility prior to initiating this cause of action.

3. This case is DISMISSED with prejudice pursuant to 42 U.S.C. § 1997(e)(a).

4. No costs are taxed against Plaintiff.

A separate Judgment will be entered.

DONE this 5th day of August, 2019.

                                         /s/ Emily C. Marks  
                                         EMILY C. MARKS  
                                         CHIEF UNITED STATES DISTRICT JUDGE